**Fill in this information to identify the case:**

Debtor 1: Martin B. Fuller

Debtor 2 (Spouse, if filing): Susan A. Fuller

United States Bankruptcy Court for the: District of Delaware (State)

Case number: 14-11460-BLS

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

Name of creditor: U.S. Bank Trust National Association, as Trustee of Bungalow Series F Trust

Court claim no. (if known): 23

Last 4 digits of any number you use to identify the debtor's account: 7 9 5 0

Property address: 144 Lloyd Guessford Road
Number   Street

Townsend    DE    19734
City        State  ZIP Code

## Part 2: Prepetition Default Payments

Check one:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  10 / 01 / 2019
                                                              MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

  a. Total postpetition ongoing payments due:                                  (a) $ _____

  b. Total fees, charges, expenses, escrow, and costs outstanding:          + (b) $ _____

  c. **Total.** Add lines a and b.                                             (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___ / ___ / _____
                                                                      MM / DD / YYYY

Form 4100R                    **Response to Notice of Final Cure Payment**                    page 1

| Debtor 1 | Martin B. Fuller | Case number (if known) | 14-11460-BLS |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

× _[signature]_    Date 10 / 2 / 2019

Print: **Gaston P Loomis**   Title: **Attorney**

Company: **Marinosci Law Group, P.C.**

If different from the notice address listed on the proof of claim to which this response applies:

Address: **824 N. Market Street, Suite 901**
**Wilmington    DE**

Contact phone: ( 302 ) 633 – 0700

Email: gloomis@mlg-defaultlaw.com

Form 4100R    Response to Notice of Final Cure Payment    page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

MARTIN & SUSAN FULLER

Debtor

Case No. 14-11460-BLS
(Chapter 13)

CERTIFICATE OF SERVICE

The undersigned certifies that the Response to Final Cure Payment is being served on the Debtor, Debtor's Counsel and the Chapter 13 Trustee via United States Mail at the address listed below as well as on all other parties via ECF electronic notice.

Martin B. Fuller
144 Lloyd Guessford Road
Townsend, DE 19734

Susan A. Fuller
144 Lloyd Guessford Road
Townsend, DE 19734

Erin K. Brignola
Cooper Levenson, P.A.
Fox Run Shopping Center
30 Fox Hunt Drive
Bear, DE 19701

Michael B. Joseph
Chapter 13 Trustee
824 Market Street
P.O. Box 1351
Wilmington, DE 19899

Date: October 2, 2019

Respectfully submitted,

By: /s/ Gaston P. Loomis
Gaston P. Loomis, Bar #4812
Marinosci Law Group, P.C.